**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**ST. JOSEPH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-06025-05-CR-SJ-NKL |
| | ) | |
| CHANNON RUTH CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

The Defendant appeared before me pursuant to Fed.R.Crim.P. 11, Local Rule 72(j)(26), and 28

U.S.C. § 636, and has entered a plea of guilty to Count 1 of the Indictment.   I determined that the guilty

plea is knowledgeable and voluntary and that the offense charged is supported by an independent basis

in fact containing each of the essential elements of such offense.  A record was made of the proceedings

and a transcript is available.  I therefore recommend that the plea of guilty be accepted and that the

Defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within ten (10) days from

the date of its service shall bar an aggrieved party from attacking such Report and Recommendation

before the assigned United States District Judge.  28 U.S.C. § 636(b)(1)(B).

    **s/ SARAH W.HAYS**
**SARAH W. HAYS**
**United States Magistrate Judge**

Dated:   July 22, 2008